FILED
CLERK, U.S. DISTRICT COURT

SEP 2 2021

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> VICTOR IDOWU, <br> Defendant. | Case No. 2:21-MJ-04408 <br> **ORDER OF DETENTION** |

On September 22, 2021, Defendant Victor Idowu made his initial appearance in this district on the Indictment filed in the Northern District of Texas, Dallas Division. Deputy Federal Public Defender Waseem Salahi was appointed to represent Defendant. A detention hearing was held.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will

reasonably assure the Defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

  ☒ the appearance of the Defendant as required.

  ☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the Defendant;

(c) Defendant's history and characteristics; and

(d) the nature and seriousness of the danger to any person or the community.

See 18 U.S.C. § 3142(g) The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

  ☒ Defendant is a Nigerian citizen by birth, has a Nigerian passport, has strong family ties to Nigeria and family ties to Canada, previously owned a business in Nigeria, has a bank account in Nigeria, came to the United States in 2018 on a travel visa, and has traveled back to Nigeria at least once.

  ☒ Allegations in the Complaint that Defendant used several aliases.

☒ A search of Defendant's home in Texas in 2020 found fraudulent documents.

☒ The arrest agent advised that in an interview, Defendant admitted that he has connections in Nigeria to obtain passports; the agent did not know if those passports were fraudulent or legitimate.

☒ The agent also advised that Defendant is currently under investigation for marriage fraud.

As to danger to the community:

☒ Allegations in the Indictment that Defendant used false identifications and false information in a scheme to defraud vulnerable victims.

It is therefore ORDERED that Defendant Victor Idowu be detained until his appearance in Untied States District Court for the Northern District of Texas and that he be transported to the United States District Court for the Northern District of Texas, Dallas Division, for further proceedings. **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will

deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  See 18 U.S.C. § 3142(i).

Dated: September 22, 2021

*Patricia Donahue*

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE